# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN HERRIN and <br> KERRY HERRIN, <br> <br> vs. <br> <br> AMERICAN RED CROSS <br> MISSOURI-ILLINOIS BLOOD <br> SERVICES REGION, *et al.*, | ) <br> ) <br> ) <br> )   Case No. 4:15-cv-1681 <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kevin Herrin and Kerry Herrin and Defendant American Red Cross, also incorrectly denominated as American Red Cross Missouri-Illinois Blood Services Region and American Red Cross Eastern Missouri, by and through respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal, with prejudice, of this entire action against Defendants.

DATED: September 15, 2016

| | |
|---|---|
| */s/ Nicolette K. Miller* | */s/ J. Aaron Craig* |
| Douglas B. Salsbury #29902 | Patrick N. Fanning, MO Bar #47615 |
| Nicolette K. Miller #39228 | (*admitted pro hac vice*) |
| The Miller/Salsbury Law Firm | J. Aaron Craig, MO Bar #62041 |
| 925 West Fifth Street | (*admitted pro hac vice*) |
| Eureka, Missouri 63025 | Jennifer J. Artman, MO Bar #63692 |
| Telephone: 636-938-9877 | Shook Hardy & Bacon L.L.P. |
| Facsimile: 636-938-6327 | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108-2613 |
| ATTORNEYS FOR PLAINTIFFS | Telephone: 816-474-6550 |
| | Facsimile: 816-421-5547 |
| | |
| | ATTORNEYS FOR DEFENDANTS |

1

7780142

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for all parties to this lawsuit.

                                                    */s/ Nicolette K. Miller*

7780142